MARC A. PILOTIN
Regional Solicitor
ANDREW J. SCHULTZ
Counsel for Wage and Hour
NISHA PAREKH (CSBN 318393)
Trial Attorney
UNITED STATES DEPARTMENT OF LABOR
312 N. Spring Street, Suite 720
Los Angeles, CA 90012-4701
Telephone:  213-894-3990
Parekh.nisha@dol.gov
*Attorneys for Plaintiff Julie A. Su,*
*Acting United States Secretary of Labor*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE A. SU,<br>    Acting Secretary of Labor,<br>    United States Department of Labor,<br><br>                                    Plaintiff,<br><br>    v.<br><br>LEYEN FOOD, LLC, a California Corporation; and HOU YOU "VICTOR" LIANG, an individual,<br><br>                                    Defendants. | Case No. 2:24-cv-02855<br><br>**NOTICE OF LODGING OF PROPOSED CONSENT JUDGMENT**<br><br>Date:          n/a<br>Time:          n/a<br>Judge: |

NOTICE OF LODGING OF PROPOSED CONSENT JUDGMENT

The United States Department of Labor, Acting Secretary of Labor, and Defendants Leyen Food, LLC and Hou You "Victor" Liang have reached an agreement and have executed the attached Proposed Consent Judgment.

Dated: April 9, 2024                    Respectfully submitted,


                                        SEEMA NANDA
                                        Solicitor of Labor

                                        MARC A. PILOTIN
                                        Regional Solicitor

                                        ANDREW J. SCHULTZ
                                        Counsel for Wage and Hour


                                         /s/ Nisha Parekh

                                        NISHA PAREKH
                                        Trial Attorney

## CERTIFICATE OF SERVICE

I, Nisha Parekh, am a citizen of the United States of America and am over eighteen years of age.  I am not a party to the within action.  My business address is 312 N. Spring Street, Room 720, Los Angeles, CA  90012-4701.  On the date indicated below, I served the Acting Secretary's Notice of Lodging of Proposed Consent Judgment via email to attorneys for Defendants, as described below:

Minh Phan
Ray Hsu
attorney.minh.phan@gmail.com
attorneyrayhsu@gmail.com
Law Offices of Ray Hsu & Associates, P.C.
*Attorneys for Defendants Leyen Food, LLC, and Hou You "Victor" Liang*

Dated:  April 9, 2024

*/s/ Nisha Parekh*
Nisha Parekh
Trial Attorney